**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**TERRY LANE WILCHER, SR.**

**Plaintiff,**

**v.**

**LINCOLN COUNTY, et al.**

**Defendants.**

**CIVIL ACTION NO. 5:25-32-KKC**

**<u>ORDER</u>**

*** *** ***

This matter is before the Court on Defendant Deputy Tyler Whitworth's motion for summary judgment (R. 34.) The motion was referred to Magistrate Judge Hanly Ingram for a recommendation. Judge Ingram has filed a Recommended Disposition in which he recommends that the Court grant the motion (R. 41.) The Court will adopt the recommendation as the Court's opinion. No party has filed any objections to the recommendation, and the objection period is now over. Moreover, the Court agrees with Judge Ingram's analysis and conclusions.

For all these reasons, the Court hereby ORDERS as follows:

1) the Recommended Disposition (R. 41) is ADOPTED as this Court's Opinion;
2) Defendant Whitworth's motion for summary judgment (R. 34) is GRANTED; and
3) Plaintiff's claim for excessive force against Defendant Whitworth under 42 U.S.C. § 1983 is DISMISSED without prejudice.

This 19th day of October, 2026.

**Signed By:**
***<u>Karen K. Caldwell</u>***
**United States District Judge**